JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANNY EDWARD SMITH,<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. 5:18-cv-02380-JDE<br><br>JUDGMENT OF REMAND |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 19, "Stipulation of Remand"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: April 30, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　United States Magistrate Judge