UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANNY E. SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 5:18-cv-02380-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation (Dkt. 22), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,450 under 28 U.S.C. § 2412(d) and no costs under 28 U.S.C. §1920, subject to the terms of the above-referenced Stipulation.

Dated: June 05, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　United States Magistrate Judge